| | | | |
|---|---|---|---|
| Bell v. Teitelman | 2162 EDA 2015<br>Affirmed | 09/20/2016 | 1995–63505–S<br>(Bucks) |
| Com. v. Dozier | 2171 EDA 2015<br>Affirmed | 09/20/2016 | CP–51–CR–0003036–<br>2014<br>(Philadelphia) |
| Com. v. Patrick | 2428 EDA 2015<br>Affirmed | 09/20/2016 | CP–51–CR–0500781–<br>2003<br>(Philadelphia) |
| Com. v. Peralta | 3020 EDA 2015<br>Vacated and<br>Affirmed | 09/20/2016 | CP–51–CR–0013157–<br>2014<br>(Philadelphia) |
| Com. v. Richburg | 3252 EDA 2015<br>Affirmed | 09/20/2016 | CP–51–CR–0010714–<br>2011<br>(Philadelphia) |
| Com. v. Sampson [24] | 3410 EDA 2015<br>Affirmed | 09/20/2016 | CP–51–CR–0502081–<br>1999<br>(Philadelphia) |
| Com. v. Russi | 3587 EDA 2015<br>Affirmed | 09/20/2016 | CP–15–CR–0003479–<br>2012<br>(Chester) |
| Evans v. Evans | 616 EDA 2016<br>Vacated and<br>Remanded | 09/20/2016 | CV–2010–10924<br>(Northampton) |
| Com. v. Broderick | 1378 EDA 2016<br>Affirmed | 09/20/2016 | CP–23–CR–0003888–<br>2007<br>(Delaware) |
| Com. v. Elder | 1673 WDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 09/20/2016 | CP–33–CR–0000236–<br>2013<br>(Jefferson) |
| Com. v. Knecht | 1766 WDA 2015<br>Affirmed | 09/20/2016 | CP–65–CR–0002916–<br>2012<br>(Westmoreland) |
| Com. v. Millard | 1801 WDA 2015<br>Affirmed | 09/20/2016 | CP–61–CR–0000864–<br>2008<br>(Venango) |
| Com. v. Lawrence | 1878 WDA 2015<br>Affirmed | 09/20/2016 | CP–02–CR–0012037–<br>2013<br>(Allegheny) |
| R.J.F. v. L and C. (W.) K. | 1923 WDA 2015<br>Affirmed | 09/20/2016 | FD No. 13–003356<br>(Allegheny) |
| M.A.F. v. R.A.F. | 1994 WDA 2015<br>Affirmed | 09/20/2016 | No. 12741–2004<br>(Erie) |
| Com. v. Seaton | 2009 WDA 2015<br>Affirmed | 09/20/2016 | CP–25–CR–0002538–<br>2013<br>(Erie) |
| Com. v. Morris | 2436 EDA 2015<br>Affirmed | 09/21/2016 | CP–51–CR–0502931–<br>2004<br>(Philadelphia) |

**24.** Petition for reargument denied November 23, 2016.